UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANK D. SCHEMBRE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:06-CV-943 (CEJ) |
| ) | |
| AGR CONSTRUCTION COMPANY and ) | |
| ABDF CONSTRUCTION, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 30, 2007, plaintiffs filed a motion for partial summary judgment, with a memorandum in support. Attachment 7 to the memorandum is an audit report which lists contributions plaintiffs contend are due for defendants' employees. Although plaintiffs redacted the names, Social Security numbers, and addresses of nearly all employees, one escaped notice. (Document #8-7, p. 5 of 6 in the Court record). Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Local Rules of this court, Social Security numbers and addresses of non-parties must be redacted in publicly-filed documents. See E.D.Mo. L.R. 2.17.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the link in the CM/ECF system to Document #8-7.

**IT IS FURTHER ORDERED** that plaintiffs shall immediately refile Document #8-7 in a form that complies with the E-Government Act and the Local Rules.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2007.